# United States District Court

__Northern__ DISTRICT OF __New York__

U.S. MAGISTRATE JUDGE - N.D. OF N.Y.
FILED
OCT 17 2005
___ O'CLOCK
HON. LARRY A. KUDRLE

UNITED STATES OF AMERICA

V.

**CRIMINAL COMPLAINT**

Name: Komlan Sossou, A75-775-692
AKA: Mardochee Ngriah Sossou
       Yves Nyedetse
Address: 41 Kolokotroni  5150 Av Walkley # 3
         Montreal, Que H4V2M5
Birthdate: December 29, 1970/Togo
(Name and Address of Defendant)

Case Number: 05-m-394LAK

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 16th, 2005__ in __Clinton__ county, in the __Northern__ District of __New York__ defendant(s) did,

Komlan Sossou, being a native and citizen of Togo, who was previously removed and deported from the United States, following his conviction of an aggravated felony, did knowingly and unlawfully attempt to enter the United States at Overton Corners, NY Port of Entry, without the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, for reapplication for admission into the United States, this being,

in violation of Title __8__ United States Code, Section __1326(a) and (b)(2)__.

I further state that I am a __Customs & Border Protection Officer__ and that this complaint is based on the following facts:

Defendant presented himself for inspection at the Overtons Corners, NY Port of Entry on October 16, 2005.
Defendant was the operator of a Canadian rental vehicle bearing Quebec license plate number FCY9957.
During primary questioning, the Defendant presented a Canadian citizenship card, number 7014932 in the name of Yves Nyedetse and claimed to be the true owner of the document, a Canadian citizen.
Defendant further advised during initial questioning that he was attempting to enter the United States in-order to attend a business meeting at "ICF Warehouse" located on RT 9 in Chazy, NY.
Defendant did not resemble the photo on the Canadian citizenship card, thus was referred to CBP secondary inspection for further questioning.
During secondary, Defendant admitted his true identity to be that of Mardochee Ngriah Sossou and claimed to be a native and citizen of Togo.
He further produced a Canadian Permanent card as proof of his identity and legal status in Canada.
Defendant initially claimed that he had never had any problems with U.S. Immigration, however, just prior to being fingerprinted by this writer, the defendant admitted having been previously deported from the United States in 1999 for having overstayed his student visa.
IDENT & IAFIS, fingerprint analysis later confirmed a positive match with FBI number 795968TA3.
Service record checks indicated that the Defendant was ordered deported by the U.S. Immigration Judge per sections 237(a)(1)(C)(i) "Non-immigrant status violator, an 237(a)(2)(A)(iii) "Aggravated Felon", on May 11th, 1999 and was physically deported to Togo on July 8th, 1999.
Defendant was convicted of the offense of Bank Fraud in violation of 18USC1344 and was sentenced to 16 months confinement.
An initial search of service records failed to reveal the Defendant obtained the consent of the Attorney General, or his successor, the Secretary for Homeland Security, to reapply for admission to the United States.
Defendant claims that he has not obtain the consent of the Attorney General, or his successor, the Secretary for Homeland Security, to reapply for admission to the United States.
Defendant is a native and citizen of Togo.

Continued on the attached sheet and made a part hereof:   [ ] Yes   [x] No

_____, Noel R. Barriere, CBPO/CHM
Signature of Complainant

Sworn to before me and subscribed in my presence.

__October 17th, 2005__ at __Plattsburgh, NY__
Date                                    City and State

__Larry A. Kudrle, US Magistrate,__   _____
Name & Title of Judicial Officer       Signature of Judicial Officer